# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

143365

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GENTI GJASHTA,
               Plaintiff-Appellee,

v

                                        SC: 143365
                                        COA: 300456

C&D SUPPLY COMPANY, INC., and
UNIVERSAL UNDERWRITERS INSURANCE
COMPANY,
               Defendants-Appellants.

                                        WCAC: 08-000025

_____/

      On order of the Court, the application for leave to appeal the June 6, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

t1017

_____
                         Clerk